NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOWELL SMITH,<br><br>Defendant. | 2:17-cr-212-APG-GWF<br><br>**Motion to Dismiss the Indictment Without Prejudice** |

The single-count Indictment in this case charges Defendant Lowell Smith with *Conspiracy to Defraud the United States*, in violation of 18 U.S.C. § 371. Based on a thorough review of the evidence and subsequent investigation in preparation for trial, the Government has concluded that the interests of justice require dismissal of the Indictment at this time. Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests permission of the Court to dismiss without prejudice the Indictment.

Respectfully submitted this 8th day of March, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-212-APG-GWF |
| Plaintiff, | **Order of Dismissal of the Indictment Without Prejudice** |
| v. | |
| LOWELL SMITH, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Lowell Smith.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

Dated: March 8, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE